1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Eugene Marquez, ABN 18079
MARQUEZ LAW OFFICE
925 West Baseline Rd., Ste. 105-255
Tempe, Arizona 85283
Tel. (602) 330-3611
Email: Eugenemarquezlaw@gmail.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America, | Case No. 25-5197MJ |
| Plaintiff, | **MOTION TO WITHDRAW** |
| vs. | |
| Daniel Richard Miller, | |
| Defendant. | |

CJA Attorney Eugene Marquez, appointed counsel for the defendant, moves this Court for an order withdrawing him from further representation. As a result of a review of details surrounding the facts in this case, there is a potential conflict of interest involving a former client. The Arizona Rules of Professional Responsibility require the termination of representation. E.R. 1.7. This motion, if granted, will result in excludible delay per 18 U.S.C. § 3161(h)(7).

DATED: 23 April 2025

MARQUEZ LAW OFFICE

By /s/ *Eugene Marquez*
Eugene Marquez
Attorney for Defendant

CERTIFICATE OF SERVICE

I certify that on this day I electronically transmitted the attached to the Clerk of the United States District Court (Arizona) using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Maria Gutierrez
Assistant United States Attorney
Phoenix, Arizona

2